**Exhibit A to the Complaint**

**Location:** Collingswood, NJ  **IP Address:** 173.61.49.227
**Total Works Infringed:** 54  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5<br>File Hash:<br>F34A0453DC1A135DD6269A22BD1DEC952B15DB34964CB49EF25E5C0E66F57423 | 04-25-2023 21:15:21 | Blacked Raw | 01-07-2018 | 01-24-2018 | PA0002101759 |
| 2 | Info Hash: 54C1479D392BCF64E2D564E553642C8465CC6665<br>File Hash:<br>973A004301BF70665DDFBE0B60D78ACFF38192B4D4A39FA4AFF9C12EE15F0A27 | 04-25-2023 21:14:01 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 3 | Info Hash: 479FDBBC359D15C3CBD97EB355B7D1CF0A410CC0<br>File Hash:<br>F5218A278FFE7AF54DDE34F81D2896EB9FAF358DCB6BDC8741F8D913FFC1BE27 | 04-25-2023 21:13:53 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 4 | Info Hash: 23DCFC94AE2421386790146F36DD51CB3E153A2B<br>File Hash:<br>773C5654521E55EB1C11DF4FF78D0923B8592AB87D092E4A0656DC2E8820D042 | 04-25-2023 21:13:44 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 5 | Info Hash: 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC<br>File Hash:<br>A3786D82599BE0B84A40AF5DE0982F53F9BBA050FD3AA5929E3292718C79F801 | 04-25-2023 21:13:36 | Blacked | 03-11-2018 | 04-17-2018 | PA0002116091 |
| 6 | Info Hash: C1242C6BAF05ADCC2C4FB61D40FAC6C469F25E9B<br>File Hash:<br>7AF74E7CE4DBFA32A91660047986O969834042EF0CFFF0FCA71170B13DB51AA5 | 04-25-2023 21:13:31 | Blacked | 04-25-2017 | 06-15-2017 | PA0002037576 |
| 7 | Info Hash: D50B75F3FBF36DC58F3A4FEAFB4B826C7EA6DC84<br>File Hash:<br>83650E0ECF2794807EDFC822E9573C5DE5FC44C1DBF249D17CF44A53281BBB52 | 04-25-2023 21:13:31 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 8 | Info Hash: 8BE2DFDDE95E7783B187FB67FE830E1C95577BBB<br>File Hash:<br>7F37B7A80629F6F7113EA874F906C88AFC59DA81A1B5CACDC2D6DB896BA52AA9 | 04-25-2023 21:13:30 | Blacked | 08-13-2018 | 09-05-2018 | PA0002134995 |
| 9 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash:<br>DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 04-25-2023 21:13:26 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 10 | Info Hash: F096E038B40D9A278744F70E8F7C332EC991A07C<br>File Hash:<br>6E55A7AF4CD1A273E8649EDF982DC65C0F5950AA9C00F6D2D04EAF9325AA212B | 04-25-2023 21:13:23 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 11 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash:<br>76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 04-25-2023 21:13:18 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: AFD467CD6644702A843CBCDD1DAD19A3EA10863A<br>File Hash: B02AB8FF65A95F271951F39DD493455062B4F7037356D32FA459F1E07AEB99C2 | 04-25-2023 21:13:16 | Blacked | 01-25-2018 | 03-02-2018 | PA0002104748 |
| 13 | Info Hash: 65C96C9B29CA86AFDC7700127473D74E2231ED47<br>File Hash: 789D388B32450DD7765516215B4AE6E80EADDD364F306CD24092B293E915B7C6 | 04-25-2023 18:01:27 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 14 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 04-25-2023 17:50:00 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 15 | Info Hash: 8660054EE7A795DDB03182442FA59958414D414F<br>File Hash: 4797668E8D709EABD9299017D79B88A43AA328BDBA86AFEBC5675B4638A9D0B9 | 04-25-2023 17:45:42 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 16 | Info Hash: 161B9B606AB5C8C0472E9A966A7704A63941B235<br>File Hash: 5FE40D3ACE878D048EF1470A44C17FF947D3CC84E202603797F25758688B268F | 04-25-2023 17:26:42 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 17 | Info Hash: 1D6849CC4397C829BD9795482CF26354E9497B1E<br>File Hash: 6CB4E83B44A22732A42A0A8FE139B6913EB740842FA6242E24579227FB24E180 | 04-17-2023 00:40:13 | Blacked Raw | 02-26-2018 | 03-02-2018 | PA0002104869 |
| 18 | Info Hash: 680EE371B7800325E30411D1F71804CA76112ECB<br>File Hash: 2502A266973A3BDE9DCF00310969C52A9ED145D7457446FE671BE56CD7FA5245 | 04-17-2023 00:39:03 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 19 | Info Hash: 74B6C4B2142320EF173D23A437202D324DB588BF<br>File Hash: A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 04-17-2023 00:38:56 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 20 | Info Hash: EB0DA6D71894CC4746C233179D18D793CBD4CFF4<br>File Hash: D97F51D033F074A6BDC685F950D6680BF94A566A048DB9BB6131513E87777ADF | 04-17-2023 00:37:29 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 21 | Info Hash: 0C3FC2C395D484CDE33DEBE68F11C01E6CB01333<br>File Hash: F79A2B17FCC0105C4155D1B138EF10D3F9F12C20E705D25ED304BCD9619863BF | 04-17-2023 00:37:26 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 22 | Info Hash: 5C41147F4C253F602DE8A0B9E24AC739139DE7E1<br>File Hash: 44ACA84AD127766A3FD50784B34027DAEB742B7A1DA164A179D74B274BB261DA | 04-17-2023 00:37:21 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 23 | Info Hash: 07CAE96A19F099040064ED36BAD1EA65E7072BAE<br>File Hash: 1D73C79064A24DA121394C88C901500BA928C1EFA1C766E5601F39DA91CA2980 | 04-17-2023 00:37:15 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6EAB5ED5FD91C3212958363B707DEC22D250C76E<br>File Hash: A2309694347FCD610F03DA752BFB9F19A427A2D36230609D1B34DD87EA5ED92D | 04-16-2023 21:34:55 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 25 | Info Hash: D438D59BE854CC7D23D3F6E82193FE65EC2D560D<br>File Hash: 700F72C8084AC76393414F373867DC0F253AE2A45B67311DD30B5DFDE8434885 | 04-16-2023 21:24:56 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 26 | Info Hash: 272AA48D377D9D07F1E19D19D64DE273AE6CAD89<br>File Hash: 3120FC1318BF943B30842B691AC19032EB9AC10876CE65F23160ADF3117ECEBD | 04-16-2023 12:44:28 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 27 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 04-16-2023 12:43:29 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 28 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 04-16-2023 12:39:21 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 29 | Info Hash: FB957BE898DADD1186C0FBB70DB37E77ECE5DB1A<br>File Hash: CCAEE38FA77AF2583E0D24BB6FDDE76B89ED6A93A5DE0DA59C65887835A13ED7 | 04-16-2023 12:37:59 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 30 | Info Hash: CEC10FBC799303F362E6CA7B6E08695B2F798416<br>File Hash: EB5CDFF88DDEBC17672B207FA58C01914C36CDA6C7E1982DA7A28B3C575BB3B2 | 04-16-2023 12:36:56 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 31 | Info Hash: 0A699E8DDCF38F52A506691FA48FF66EA86A15B4<br>File Hash: 45A5C9627F189D2582974B07D3278C696CDE2303599C7BBE1BDECE8D3AA56564 | 04-16-2023 12:32:09 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 32 | Info Hash: A7D1ACA9144842177C99F7CDC012CA543814753D<br>File Hash: A71B05389B4510F0A980F7D096FF9CFC45D4E16FB66C36104F8D4B57DE90DADB | 04-16-2023 12:29:26 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 33 | Info Hash: 747D3FC7E024B3165FFCC028FBD37CBE09D1B640<br>File Hash: B0D40E41F0DC9D5094ADFC31E36D551DA13B07625F4C9F1E1CF922851D82B78D | 04-16-2023 12:26:43 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 34 | Info Hash: 3E06D10FCC19A13E11094FA4735F477589946E42<br>File Hash: FCE4F96C669D0350CC5120F1EE1014E8A025798042BE78EE80B1490BA3A8EFC3 | 04-16-2023 12:21:19 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 35 | Info Hash: F06DB06CB174A838EB8C8898F07BFC13917D892D<br>File Hash: 522AC6CFBB1B852C3DCF7433D96C346398F3539766E681A14030C2C9B3E5DF27 | 04-11-2023 20:50:49 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: AEAF023FAC1652EC54FFF10B490E9ED6A4C1EF20<br>File Hash: E1E20F7C1579BC38D7CE42E9F2EC7C92F118BDC4AB8949C1142CC811F979CD31 | 04-11-2023 20:38:22 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 37 | Info Hash: 0B9081C0D8C3CE5780FBCDE157AFD6F366639E29<br>File Hash: C271D31EAE7925D01088C7A0D2265F021206148DCD58848A0894238D4F04C930 | 04-08-2023 20:54:02 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 38 | Info Hash: 30DB12CBED97C504152F7431DD95C5926C267BC0<br>File Hash: 31A04114788169DEBA7233288589DAAFEA621A0A3BE5AC6FA59B850C25671166 | 04-01-2023 18:11:31 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 39 | Info Hash: 6986865E880CC7514EDC349215F0723011F5CFA9<br>File Hash: 37325896470544A1210F26EF112AB857CC4839E03DB2C8966FFE26736FFFF8F0 | 03-28-2023 23:13:06 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 40 | Info Hash: F2DDB861B916C4AA068C535FCE29930368071D78<br>File Hash: 17DAB7ACF9DD953586678878B3139C369F2988D9E643EC51CA50B04F50DAA02F | 03-12-2023 19:19:56 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 41 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash: 484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 03-12-2023 19:19:40 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 42 | Info Hash: 63CD460C2E1EB0A247A54F5E7519567CFB0FA018<br>File Hash: FE5E598CB30E45DDDF1893D6DCF026ABA2F8A073587C5B338B49D3E08BAD8A50 | 03-05-2023 18:35:38 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 43 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash: 65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 03-05-2023 18:35:26 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 44 | Info Hash: 90E58A7E8843333A2806ECE4B18498C2FA66A2CB<br>File Hash: 976279C08F9B1ADA3BB1DF2FECA207FBBDC486F48C2A82C21B938B654CBA6803 | 03-05-2023 18:34:28 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 45 | Info Hash: BD395152D55EA93402A2153A15266E491C70ECD5<br>File Hash: CBDA8630431942386C68F08C0570B6447E53D43FCF229734889E95AC14214E63 | 03-05-2023 18:34:06 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 46 | Info Hash: 220FBD48D861EF3FF3C68213FB21F2836E6589BA<br>File Hash: 9AC0963C24642AA26966EBD24C1AFE43630DA3BE555A19B353836BB61815A22E | 03-05-2023 18:34:05 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 47 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 03-05-2023 18:33:22 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03-05-2023 18:33:12 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 49 | Info Hash: 08C0D6BF53705AA2CB2A9681D44D2DCD2F1162B3<br>File Hash: 7FE81A20C10FF08E1AF097618A3F98BB628565079F55334FCDF3EEE2126AA4C2 | 03-05-2023 18:32:18 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 50 | Info Hash: 02C5AC2FF97A14C733A92B7AC0EA72F8460BF52E<br>File Hash: 88DE46D310A7E8FEE54C57A3EEFBF921EFD0227C9F6E888E79BDF68890BF35CC | 03-05-2023 18:32:06 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 51 | Info Hash: 1A618EF49402930C1C538EF14A6F18918A438983<br>File Hash: 6CADAB282554DF20A5EC1538F9C7B8D56396A85EE63E7E188D8ACD266FE83143 | 03-05-2023 18:30:53 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 52 | Info Hash: 730A6EA4A7D87CE6E07211AA603BE315398D8CE0<br>File Hash: AF90D0410BE0B3B19A1FCB3C24AFCC3391678DC550809C3F18BED1E2405197AB | 03-05-2023 18:29:44 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 53 | Info Hash: D6029FE59BC99E03CB8157A10F5E9F8125199838<br>File Hash: 40CC63F5013CC2C029E88DC2138FA1B6934C57F70963039D892241E9D71394A5 | 03-05-2023 18:28:46 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 54 | Info Hash: 6CECBC349193EC9C7B76A2099FC15AE1A288D482<br>File Hash: 250DF55B05DE3EEB997D13B03E27C8D1B671ADD3EE18B3A40940920F646B24F8 | 03-05-2023 18:27:45 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |